# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BUSTER NELSON HARRELL, V**
**ADC# 164258**                                                                                   **PLAINTIFF**

V.                    CASE NO. 4:21-CV-50-JM-BD

**JOE PAGE, III,** *et al*.                                                                       **DEFENDANTS**

## ORDER

Plaintiff Buster Nelson Harrell, V, an Arkansas Division of Correction inmate, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 2) Mr. Harrell alleges that Defendants Johnson, Berryhill, Page, Clark, Green, and Straughn failed to protect him from an attack by a fellow inmate and that Defendant Green failed to provide him adequate medical treatment following the attack. For screening purposes, Mr. Harrell has stated constitutional claims against Defendants Johnson, Berryhill, Page, Clark, Green, and Straughn.

The Clerk of Court is directed to prepare summonses for Defendants Johnson, Berryhill, Page, Clark, Green, and Straughn. The Marshal is directed to serve these Defendants with summonses and copies of the complaint, with any attachments (Doc. No. 2), without requiring prepayment of fees and costs or security. Service for these Defendants should be effected through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

The Court will address Mr. Harrell's remaining claims in a separate Recommendation.

IT IS SO ORDERED, this 21st day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE