# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BUSTER NELSON HARRELL, V,**
**ADC# 164258**                                                                 **PLAINTIFF**

V.                    CASE NO. 4:21-CV-50-JM-BD

**JOE PAGE, III,** *et al*.                                                      **DEFENDANTS**

## ORDER

The Court has received a Recommendation for the dismissal of Mr. Harrell's due process claims. Mr. Harrell has not filed objections. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Harrell's due process claims are DISMISSED, without prejudice. The Clerk is instructed to terminate Justine Minor, Keith Waddle, and Raymond Naylor as party Defendants.

DATED this 10th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE