IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BUSTER NELSON HARRELL, V**
**ADC# 164258**                                                                                          **PLAINTIFF**

V.                          CASE NO. 4:21-CV-50-JM-BD

**JOE PAGE, III,** *et al*.                                                                                **DEFENDANTS**

## ORDER

Magistrate Judge Beth Deere has filed a Recommendation that Mr. Harrell's motion for preliminary injunctive relief be denied. The parties have not filed objections. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Harrell's motion for preliminary injunctive relief (Doc. No. 21) is DENIED.

IT IS SO ORDERED, this 17th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE