IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BUSTER NELSON HARRELL, V**                                                                    **PLAINTIFF**
**ADC #164258**

V.                                         NO. 4:21-cv-00050-JM-ERE

**JOE PAGE, III,** *et al*.                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 27th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE